IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED W. PARKER,

        Plaintiff,                CV F 04 6115 OWW WMW   P

    vs.                       _____ORDER

D. GA. ADAMS, et al.,

        Defendants.

       On May 27, 2005, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to prosecute.  Plaintiff filed objections, indicating his desire to proceed with this action.   Accordingly, IT IS HEREBY ORDERED that the May 27, 2005, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:**   **June 20, 2006**          _____**/s/  William M. Wunderlich**_____
j14hj0                      UNITED STATES MAGISTRATE JUDGE

1